UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CAPITAL BODY SHOP, INC.**, *et al.,*

    Plaintiffs,

v.                                                                  CASE NO.   3:17-cv-15-J-25MCR

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,** *et al.,*

    Defendants.
_____/

**O R D E R**

The Court having been advised by the Office of the Clerk of Court that the transfer of this action to this Court appears to be the result of a glitch in the Case Management/ Electronic Case Files ("CM/ECF") system, it is

**ORDERED** that the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of January, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record